**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | |
|---|---|
| **JAIME R. HERNANDEZ**<br>**WENDY L. ALMEIDA-CRUZ**<br>    DEBTORS | **CHAPTER 13 BANKRUPTCY**<br>**CASE NO. 22-90104** |
| **JAIME R. HERNANDEZ**<br>**WENDY L. ALMEIDA-CRUZ**<br>    PLAINTIFFS<br><br>vs.<br><br>**EMVLP, LLC d/b/a STATE FARM**<br>    DEFENDANT | **AP NO. 22-09001** |

**CERTIFICATE OF SERVICE**

I, Charles (Chuck) Newton, an attorney with the law firm of Newtons.Law, counsel for the Plaintiffs, certify that service of this summons and a copy of the complaint was made on **July 1, 2022** by:

Mail Service: Certified Mail, postage fully pre-paid, addressed, as placed in the mail to:

**EMVLP, LLC d/b/a State Farm**
℅ Corporation Services Company, Reg. Agent
211 E. 7th Street, Suite 620
Austin TX 78701

Dated: July 11, 2022

**NEWTONS.LAW**
190 N. Millport Circle
The Woodlands TX 77382
Phone (281) 681-1170
Fax (281) 901-5631

_____
**CHARLES (CHUCK) NEWTON**
Texas Bar No. 14976250
SDTX Bar No. 27900
chuck@newtons.law

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9214890142980470895787   Remove ✕

Your item was picked up at a postal facility at 1:24 pm on July 9, 2022 in AUSTIN, TX 78701.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

July 9, 2022 at 1:24 pm
AUSTIN, TX 78701

Feedback

**Get Updates** ⌄

---

| Text & Email Updates | ⌄ |
|---|---|

| Return Receipt Electronic | ⌄ |
|---|---|

| Tracking History | ⌃ |
|---|---|

**July 9, 2022, 1:24 pm**
Delivered, Individual Picked Up at Postal Facility
AUSTIN, TX 78701
Your item was picked up at a postal facility at 1:24 pm on July 9, 2022 in AUSTIN, TX 78701.

**July 8, 2022, 6:26 pm**
Departed USPS Regional Destination Facility
AUSTIN TX DISTRIBUTION CENTER

July 8, 2022, 2:42 am
Arrived at USPS Regional Destination Facility
AUSTIN TX DISTRIBUTION CENTER

July 1, 2022, 10:01 pm
Shipment Received, Package Acceptance Pending
PHOENIX, AZ 85026

July 1, 2022, 9:27 pm
Arrived at USPS Regional Origin Facility
PHOENIX AZ DISTRIBUTION CENTER

July 1, 2022, 8:12 pm
Accepted at USPS Regional Origin Facility
PHOENIX AZ DISTRIBUTION CENTER

July 1, 2022
Pre-Shipment Info Sent to USPS, USPS Awaiting Item

Feedback

USPS Tracking Plus®

Product Information

See Less

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**