UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JAIME R. HERNANDEZ<br>WENDY L. ALMEIDA-CRUZ<br><br>Debtors | §<br>§<br>§<br>§ | CHAPTER 13 BANKRUPTCY<br>CASE NO.: 22-90104 |
| JAIME R. HERNANDEZ<br>WENDY L. ALMEIDA-CRUZ,<br><br>Plaintiffs,<br><br>v.<br><br>EMVLP, LLC, EMVLP II, LLC, d/b/a<br>EMVLP II, PLLC, each entity d/b/a STATE<br>FARM, and ROMANS ADJUSTERS, INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | ADVERSARY NO.<br>22-09001 |

**DEFENDANTS EMVLP, LLC AND EMVLP II, LLC'S**
**<u>NOTICE OF SERVICE OF INITIAL DISCLOSURES</u>**

Defendants EMVLP, LLC and EMVLP II, LLC, served their Initial Disclosures under Fed.

R. of Bankruptcy Procedure 7026(a)(1)-(2) and this Court's September 6, 2022 order (Doc. 12),

on all counsel via CM/ECF on October 25, 2022, at the email addresses indicated below.

SIGNATURE BLOCK FOLLOWS

Respectfully Submitted,

 */s/ Matthew C. Sapp*
SUSAN E. EGELAND
ATTORNEY-IN-CHARGE
State Bar No. 24040854
susan.egeland@faegredrinker.com
MATTHEW C. SAPP
State Bar No. 24063563
matt.sapp@faegredrinker.com
MAX A. MORAN
State Bar No. 24118717
Max.Moran@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas 75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served to all counsel of record in accordance with the Federal Rules of Bankruptcy Procedure on October 25, 2022.

    Charles Anthony Newton    chuck@chucknewton.net

    Patrick D. Newman    pnewman@bassford.com

 */s/ Matthew C. Sapp*
MATTHEW C. SAPP